Randolph H. Goldberg, Esq
Bar Code #5970
4000 S. Eastern Ave #200
Las Vegas, NV 89119
(702) 735-1500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                        Case Number: 10-15002
                                                              Chapter Number: 7
Starnes, Jonathan
                Debtor(s)                                     Trustee: Shapiro

### AMENDMENT TO BANKRUPTCY PETITION
(Check All Applicable Boxes)

THE FOLLOWING **ATTACHED** MARKED ITEMS HAVE BEEN AMENDED IN THE ABOVE NAMED BANKRUPTCY PETITION THAT PERTAIN TO THE SCHEDULES "D", "E", "F" AND THE MATRIX AND/OR LIST OF CREDITORS.
FEE REQUIRED ($26.00) FOR THE FOLLOWING:

( )  ADDING CREDITORS (TO SCHEDULES AND/OR MAILING MATRIX)
( )  DELETING CREDITORS
( )  AMOUNT OWED TO CREDITOR HAS BEEN CHANGED
( )  CLASSIFICATION OF DEBT HAS BEEN CHANGED

**THE FOLLOWING MARKED ITEMS HAVE BEEN AMEDED IN THE ABOVE NAMED BANKRUPTCY**
NO FEE REQUIRED FOR THE FOLLOWING:

( )  TO CHANGE THE ADDRESS OF A LISTED CREDITOR
( )  TO ADD THE NAME AND ADDRESS OF A LISTED CREDITOR
( )  RELIEF HAS BEEN ORDERED ON INVOLUNTARY CASE SCHEDULES ARE ATTACHED
( )  CASE HAS BEEN CONVERTED AND NEW PETITION IS ATTACHED
( )  DOCUMENTS MISSING FROM ORIGINAL FILING
(X)  OTHER   Schedules B + C

DATED: _____                              _____
                                                    ATTORNEY

B6B (Official Form 6B) (12/07)

In re  **JONATHAN STARNES**                                             Case No.  **10-15002**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | OREGON CREDIT UNION CHECKING | - | 413.00 |
| | | OREGON CREDIT UNION SAVINGS | - | 0.00 |
| | | FEDERAL ONE CREDIT UNION CHECKING | - | 30.00 |
| | | FEDERAL ONE CREDIT UNION SAVINGS | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS | - | 1,758.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | WEARING APPAREL | - | 942.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                                           Sub-Total >         **3,143.00**
                                                                        (Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

In re  **JONATHAN STARNES**, Debtor.  Case No. **10-15002**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Personal Property

In re  **JONATHAN STARNES**

Debtor

Case No. __10-15002__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2009 TAX REFUNDS EARNED INCOME CREDIT | - | 551.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 INFINITY Q45 RESIDENCE | - | 5,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Personal Property

Sub-Total > 6,051.00
(Total of this page)

Total > 9,194.00

(Report also on Summary of Schedules)

In re  **JONATHAN STARNES**

Debtor

Case No. __**10-15002**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| OREGON CREDIT UNION CHECKING | Nev. Rev. Stat. § 21.090(1)(g) Nev. Rev. Stat. § 21.090(1)(z) | 75% 103.25 | 413.00 |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD GOODS | Nev. Rev. Stat. § 21.090(1)(b) | 1,758.00 | 1,758.00 |
| **Wearing Apparel** | | | |
| WEARING APPAREL | Nev. Rev. Stat. § 21.090(1)(b) | 942.00 | 942.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| 2009 TAX REFUNDS EARNED INCOME CREDIT | Nev. Rev. Stat. § 21.090(1)(z) Nev. Rev. Stat. § 21.090(1)(aa) | 551.00 0.00 | 551.00 |
| | Total: | 3,664.00 | 3,664.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy